IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br><br>GOLBALSTAR CAPITAL CORPORATION, et al.,<br><br>                Debtors.<br>_____<br>ROBERT R. HIGGINBOTTOM,<br>Globalstar General Partner, GTL Informal Equity Committee Member,<br><br>                Appellant,<br><br>      v.<br><br>GLOBALSTAR CAPITAL CORPORATION, et al.,<br><br>                Appellees. | Case No. 02-BK-10499 (PJW)<br><br>Civil Action No. 04-957-KAJ |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than April 11, 2005.

                                                        /s/ Kent A. Jordan
                                                        UNITED STATES DISTRICT JUDGE

March 28, 2005
Wilmington, Delaware