IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re<br>GLOBALSTAR CAPITAL<br>CORPORATION., et al.,<br><br>         Debtors. | )<br>)<br>) Case No. 02-BK-10499 (PJW)<br>)<br>)<br>) |
| ROBERT R. HIGGINBOTTOM,<br>Globalstar General Partner, GTL informal<br>Equity Committee Member,<br><br>         Appellant,<br><br>v.<br><br>GLOBALSTAR CAPITAL<br>CORPORATION, et al.,<br><br>         Appellees. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-957-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Matthew B. Lunn of the law firm Young Conaway Stargatt & Taylor, LLP, hereby enters his appearance on behalf of Globalstar Capital Corporation, et al.

Dated: Wilmington, Delaware
       April 21, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Brendan Linehan Shannon (No. 3136)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
mlunn@ycst.com
bank@ycst.com

WP3:1105226 1                                                                 58241 1001

## CERTIFICATE OF SERVICE

I hereby certify that on **April 21, 2005,** I electronically filed a true and correct copy of **Notice of Appearance** with the Clerk of the Court using CM/ECF.

I further certify that on **April 21, 2005,** I caused a copy of **Notice of Appearance** to be served by hand-delivery on the following counsel of record:

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

I further certify that on **April 21, 2005,** I served **Notice of Appearance** of the following non-registered participants in the manner indicated below:

<u>By First Class Mail</u>:
Robert R. Higginbottom
311 Sheridan Avenue
Roselle, NJ 07203

Matthew B. Lunn (No. 4119)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
mlunn@ycst.com
bank@ycst.com

*Attorneys for Appellees*

WP3:1105340.1                                    58241.1001