IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re | ) | Case No. 02-BK-10499 (PJW) |
| | ) | |
| GLOBALSTAR CAPITAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| ROBERT R. HIGGINBOTTOM, | ) | |
| Globalstar General Partner, GTL Informal | ) | |
| Equity Committee Member, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-957-KAJ |
| | ) | |
| GLOBALSTAR CAPITAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

It is hereby ordered that briefing of the above-captioned matter shall occur in accordance

with the following schedule:

May 23, 2005 – Opening Brief Due
June 23, 2005 – Answering Brief Due
July 22, 2005 – Reply Brief Due

_____
Kent A. Jordan
United States District Judge

Dated: _____, 2005
        Wilmington, Delaware