IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re | ) | |
| | ) | Bankruptcy Case No. 02-BK-10499 |
| (PJW) | | |
| GLOBALSTAR CAPITAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ROBERT R. HIGGINBOTTOM, | ) | |
| Globalstar General Partner, GTL Informal | ) | |
| Equity Committee Member, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-957-KAJ |
| | ) | |
| GLOBALSTAR CAPITAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE OF DISMISSAL OF APPEAL

PLEASE TAKE NOTICE that Robert R. Higginbottom, Appellant herein,

hereby dismisses this appeal with prejudice.

Dated: June 23, 2005

Robert R. Higginbottom
311 Sheridan Avenue
Roselle, NJ 07203
Appellant

Robert R. Higginbottom
311 Sheridan Ave.
Roselle, NJ 07203



U.S.M.S
X-RAY



The Honorable Kent A. Jordan
United States District Court
for the District of Delaware

844 N. King Street
Room 4209; Lockbox 10
Wilmington, DE 19801